GRACE SCHOONMAKER, Appellant, *v.* POUGHKEEPSIE SAVINGS BANK, Respondent.

Argued March 11, 1942; decided April 23, 1942.

*William A. Mulvey* for appellant.

*Herbert F. Hastings, Jr.,* and *F. G. Mann* for respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event on the ground that the record presented questions of fact for the jury as to negligence and contributory negligence. No opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and Desmond, JJ. Dissenting: LEHMAN, Ch. J., FINCH and LEWIS, JJ.